UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VICTORIA HERNANDEZ,

        Plaintiff,

  v.

BENANCIO RAMIREZ,

        Defendant.

_____/

NO. CIV. S-05-0815 FCD/PAN (JFM)

**ORDER RE: SETTLEMENT AND DISPOSITION**

     Pursuant to the representations of the parties in the above action the court has determined that this case has settled under the court's VDRP program.

     In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 24, 2006.  All dates set in this matter, including any pending motions, are hereby VACATED.

     **<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

     IT IS SO ORDERED.

Dated: March 17, 2006

                          /s/ Frank C. Damrell Jr.
                          FRANK C. DAMRELL, JR.
                          United States District Judge